UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Dale E. Holloway, Jr.</u>

    v.                                       Case No. 22-cv-22-SM

<u>NH State Prison, Warden</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 27, 2022, for the reasons set forth therein. Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

The clerk of court shall enter Judgment and close the case.

**So Ordered.**

                                                  _____
                                                  Steven J. McAuliffe
                                                  United States District Judge

Date: October 3, 2022

cc:   Dale E. Holloway, Jr.